# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MATTHEW M. MCDONAGH**

matthew.mcdonagh@dechert.com
+1 212 698 3568 Direct
+1 212 698 3599 Fax

May 5, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/20
```

**VIA ECF**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *U.S. v. Lesane*, 18-cr-527 (KMW)

Dear Judge Wood:

      On behalf of Defendant Steven Lesane, I respectfully write to request an adjournment of his sentencing along with the ancillary deadlines. Your Honor's current Scheduling Order has the sentencing scheduled for June 9, 2020, and several deadlines in advance of that date including the Presentence Investigation Report ("PSR") being due on June 1, 2020 and sentencing submissions due shortly after the submission of the PSR.

      I respectfully request an adjournment of sentencing until September 2020 along with updated ancillary deadlines. I have conferred with the Government and they consent to this adjournment.

      Thank for your time and attention to this matter.

Respectfully submitted,

/s/ Matthew M. McDonagh

Matthew M. McDonagh

*[Handwritten:]* Sentencing is adjourned to September 16, 2020, at 11:00 a.m. Defendant's submission is due by September 2. Government submission is due by September 9.

*[Signed:]* Kimba M. Wood  5/7/20

SO ORDERED