# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

MATTHEW M. MCDONAGH

matthew.mcdonagh@dechert.com
+1 212 698 3568 Direct
+1 212 698 3599 Fax

September 11, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/20

**VIA ECF**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Lesane*, 18-cr-527 (KMW)

Dear Judge Wood:

On behalf of Defendant Steven Lesane, I respectfully write to request an adjournment of his sentencing along with the sentencing submissions deadlines. Your Honor's current Scheduling Order has the sentencing scheduled for October 27, 2020 with Defendant's sentencing submission due by October 13, 2020 and the Government's sentencing submission due by October 20, 2020. This is the Defense's third request for an adjournment, and your Honor previously granted our last request on August 5, 2020.

I respectfully request an adjournment of sentencing until December 18, 2020, or a later date that is convenient for the Court, along with updated sentencing submission deadlines. On September 4, 2020, Your Honor approved our request to retain a mitigation specialist, who has requested more time to complete his work. I have conferred with the Government and they consent to this adjournment.

Thank for your time and attention to this matter.

Respectfully submitted,

/s/ Matthew M. McDonagh

Matthew M. McDonagh

*Sentencing is adjourned to December 21, 2020, at 12:30 p.m. Defendant's submissions are due by December 7. Government submission is due by December 14.*

SO ORDERED: N.Y., N.Y. 9/14/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.