UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

STEVEN LESANE,

                          Defendant.
-------------------------------------------------------------------x

**ORDER**
18 CR 527 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/21

KIMBA M. WOOD, District Judge:

On May 12, 2021, the defendant filed a *pro se* Motion to Withdraw his Guilty Plea (docket entry #237.)

On June 1, 2021, the Court received defendant's May 6, 2021, letter requesting a Fatico hearing, should his Motion be denied.

The Government shall respond to the defendant's Motion by June 22, 2021. Any reply from the defendant is due by July 13, 2021. Sentencing is adjourned to July 27, 2021, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       June 1, 2021

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE