USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 23, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEVEN LESANE,

               Movant,                            24-CV-6989 (KMW)

               v.                                18-CR-527-5 (KMW)

UNITED STATES OF AMERICA,                     **ORDER**

               Respondent.
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     Steven Lesane, currently incarcerated at FCI Elkton in Ohio, requests a 60-day extension of time to file his amended Section 2255 motion. (ECF No. 6.) Lesane's request for an extension is GRANTED. Lesane's amended motion is due on February 21, 2025.

     The Clerk of Court is respectfully directed to mail a copy of this Order to Movant.

     SO ORDERED.

Dated: New York, New York
          December 23, 2024                          */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                               United States District Judge