USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEVEN LESANE,

                Movant,

v.

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

18-CR-527-5 (KMW)
24-CV-6989 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Steven Lesane requests a 30-day extension of time to file a memorandum of law in support of his amended Section 2255 motion. (ECF No. 302.) Lesane asserts that he needs an extension because he "is still awaiting certain transcripts and other motions filed during the underlying court proceedings," which are "essential to effectively substantiate the grounds raised" in his motion. *Id.* at 17. Lesane's request for an extension is GRANTED. Lesane's memorandum of law is due on March 31, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Lesane.

    SO ORDERED.

Dated: New York, New York
       February 28, 2025

                                                  */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                  United States District Judge