```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 12, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

STEVEN LESANE,

        Movant,           18-CR-527-5 (KMW)
                                         24-CV-6989 (KMW)

   v.                               **ORDER**

UNITED STATES OF AMERICA,

        Respondent.
---------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Michael J. Gilbert, former counsel for Petitioner Steven Lesane, has filed a request for an extension to file his affidavit. (Letter, ECF No. 308.) The Court grants Mr. Gilbert's request. The affidavit is due by June 3, 2025.

      The Government's response to Lesane's Section 2255 motion is due by June 24, 2025. Lesane's reply, if any, is due August 8, 2025.

      The Clerk of Court is respectfully directed to mail a copy of ECF No. 308 and this Order to Petitioner.

      SO ORDERED.

Dated: New York, New York
       May 12, 2025                                       */s/ Kimba M. Wood*
                                                             KIMBA M. WOOD
                                                    United States District Judge