```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 19, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

STEVEN LESANE,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.
---------------------------------------------------------------X

18-CR-527-5 (KMW)
24-CV-6989 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

By Order dated June 24, 2025, the Court directed Steven Lesane to file a reply brief in support of his motion for compassionate release by no later than September 9, 2025. (ECF No. 312.). Lesane has failed to reply by this deadline.

Lesane is hereby directed to file his reply brief by no later than January 18, 2026.

Failure to comply with this deadline will result in his case being dismissed with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: New York, New York
      November 19, 2025

                                                      */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                              United States District Judge